IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETTY ANN & JOHN GILCHRIST<br>    Plaintiffs | : <br> : | CIVIL ACTION |
| v. | : <br> : | NO. 14-cv-2154 |
| WAL-MART STORES EAST, LP<br>    Defendant | : <br> : | (Hon. William H. Yohn, Jr.) |

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS MATTER** having come before the Court on the Motion for Summary Judgment filed by Defendant, Wal-Mart Stores East, LP; and the Court having considered the movant's papers and any response thereto submitted by Plaintiffs, and good cause having been shown;

**IT IS** on this _____ day of _____, 2014, hereby **ORDERED** that Defendant's Motion is **GRANTED**, and Plaintiffs' action is hereby **DISMISSED WITH PREJUDICE.**

BY THE COURT:

_____<br>William H. Yohn, Jr., J.