# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY ANN GILCHRIST and JOHN GILCHRIST,<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>WAL-MART STORES EAST, LP,<br><br>　　　　Defendant. | CIVIL ACTION<br><br>No. 14-2154 |

## ORDER

YOHN, J.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　February 12, 2015

**AND NOW**, this 12th day of February, 2015, it is **HEREBY ORDERED** that, upon consideration of defendant's motion for summary judgment (Doc. No. 11), the plaintiffs' response thereto, and the defendant's reply thereto, the defendant's motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/William H. Yohn Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge