IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY ANN GILCHRIST and JOHN GILCHRIST<br>    Plaintiffs<br><br>v.<br><br>WAL-MART STORES EAST, LP<br>    Defendant | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>: NO. 14-CV-2154<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: |

### RULE 41(a)(1)(ii) VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) please dismiss the action and mark the matter as Settled, Discontinued and Ended.

_____
Ronald D. Ashby
*Attorney for Plaintiffs*

_____
Patrick J. McDonnell
*Attorney for Defendant*

BY THE COURT:

_____
MARK A. KEARNEY, U.S.D.J.