IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY ANN GILCHRIST, et al | : CIVIL ACTION |
| v. | : |
| WAL-MART STORES EAST, LP | : NO. 14-2154 |

### ORDER

**AND NOW**, this 4th day of May 2015, upon consideration of the Notice of Voluntary Dismissal (ECF Doc. No. 42) it is hereby **ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Clerk of Court is directed to close this case for statistical and all other purposes.

KEARNEY, J.